

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

### NO. WR-89,866-01

### EX PARTE RAYMELLO PARKER, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS CAUSE NO. 1478191-A IN THE 183RD DISTRICT COURT FROM HARRIS COUNTY

*Per curiam*.

### O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of aggravated robbery and sentenced to imprisonment for twelve years. He did not appeal his conviction.

Applicant contends that trial counsel induced him to plead guilty and that the trial judge told him that he would be sentenced to sixty years if he did not plead guilty. On July 12, 2017, the trial court entered a timely order designating issues, but this application was forwarded to this Court before the trial court made findings of fact and conclusions of law. We remand this application to the 183rd District Court of Harris County so the trial court can complete its evidentiary investigation

and enter findings of fact and conclusions of law.

This application will be held in abeyance until the trial court has resolved the fact issues. The issues shall be resolved within 90 days of this order. A supplemental transcript containing all affidavits and interrogatories or the transcription of the court reporter's notes from any hearing or deposition, along with the trial court's supplemental findings of fact and conclusions of law, shall be forwarded to this Court within 120 days of the date of this order. Any extensions of time must be requested by the trial court and shall be obtained from this Court.

Filed: June 5, 2019
Do not publish